COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-07-413-CV

 

CROSSTEX
NORTH TEXAS GATHERING, L.P.                           APPELLANT

 

                                                   V.

 

FORT
WORTH & WESTERN                                                    APPELLEES

RAILROAD AND CEN‑TEX
RURAL RAIL

TRANSPORTATION
DISTRICT                                                                

                                               ----------

         FROM
COUNTY COURT AT LAW NO. 3 OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered appellant=s AMotion
For Voluntary Dismissal.@ 
It is the court=s opinion that the motion should
be granted; therefore, we dismiss the appeal brought by appellant Crosstex
North Texas Gathering, L.P. against appellee Fort Worth & Western Railroad
and Cen‑Tex Rural Rail Transportation District, Cause No.
2-07-413-CV.  See TEX. R. APP. P.
42.1(a)(1), 43.2(f).[2]








Costs of the appeal shall be paid by the party
incurring the same, for which let execution issue.  See Tex.
R. App. P. 43.4.

 

PER CURIAM

PANEL D:  HOLMAN, GARDNER, and WALKER, JJ.

 

DELIVERED:  February 21, 2008











[1]See Tex. R. App. P. 47.4.





[2]The appeals bearing cause
numbers 2-07-403-CV, 2-07-405-CV, and 2-07-406-CV, which were consolidated
pursuant to our January 8, 2008 order, remain pending.